IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA             PLAINTIFF/RESPONDENT

    v.                Civil No. 08-2137
                   Crim. No. 02-20024

KEVIN MANFRE                        DEFENDANT/MOVANT

### ORDER

Now on this 21st day of January 2009, there comes on for consideration the report and recommendation filed herein on December 30, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 119). Defendant/Movant filed written objections to the report and recommendation (Doc. 120).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 118) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge