```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.              Civil No. 08-2137
                Criminal No. 02C20024

KEVIN MANFRE                                     DEFENDANT/MOVANT

## ORDER

Now on this 12th day of March, 2009, there comes on for consideration Defendant's motion for a certificate of appealability filed on February 2, 2009, in the above-styled case.

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the motion should be and hereby is DENIED.

                                            */s/ Robert T. Dawson*
                                            Honorable Robert T. Dawson
                                            United States District Judge